# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CR-95-158-D |
| JOHN R. TAYLOR, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Defendant's *pro se* filing of August 1, 2016, entitled "Motion to Rebut United States Government's Motion to Abate Proceedings" [Doc. No. 367]. Liberally construed as an objection to the United States' Motion to Abate Proceedings, the Court has considered Defendant's arguments in opposition to abatement of proceedings regarding his § 2255 motion until the Supreme Court issues its opinion in *Beckles v. United States*, 616 F. App'x 415 (11th Cir. 2015), *cert. granted*, No. 15-8544, 2016 WL 1029080 (June 27, 2016). The Court adheres to its Order of July 26, 2016, abating the proceedings and directing the United States to file a timely notice when *Beckles* is decided. Further, the Court finds no basis to grant Defendant's request for release on bond pending the Supreme Court's decision.

IT IS THEREFORE ORDERED that Defendant's Motion [Doc. No. 367] is DENIED.

IT IS SO ORDERED this 15th day of August, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE