## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-95-158-D |
| ) | |
| JOHN R. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's *pro se* Motion to Reconsider Abatement Order(s) [Doc. No. 372]. Defendant seeks relief from prior orders of the Court that, upon motion of the government, abated further proceedings regarding his § 2255 motion until the Supreme Court issued an opinion in *Beckles v. United States*, 616 F. App'x 415 (11th Cir. 2015), *cert. granted*, No. 15-8544, 2016 WL 1029080 (June 27, 2016), and, upon Defendant's prior motions to reconsider, adhered to the initial abatement order. *See* Order 7/26/16 [Doc No. 366]; Order 8/15/16 [Doc. No. 368]; Order 11/23/16 [Doc. No. 370].

As the Supreme Court has now decided *Beckles*, Defendant's Motion is moot. *See Beckles v. United States*, No. 15-8544, 2017 WL 855781 (U.S. Mar. 6, 2017) (to be published). The Court will set a new deadline for the government to respond to Defendant's § 2255 motion.

IT IS THEREFORE ORDERED that Defendant's Motion to Reconsider Abatement Order(s) [Doc. No. 372] is DENIED.

IT IS FURTHER ORDERED that the government shall respond to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. No. 357] not later than April 3, 2017.

IT IS SO ORDERED this 7th day of March, 2017.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE